1    DANIEL J. BRODERICK, Bar #89424
     Federal Defender
2    JEREMY S. KROGER, Bar # 258956
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5

     Attorney for Defendant
6    MOISES CARRANZA-AMBRIZ

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cr-00180 LJO |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER THEREON |
| MOISES CARRANZA-AMBRIZ, | |
| Defendant. | Date:  October 28, 2011<br>Time:  9:00 a.m.<br>Dept : Hon. Lawrence J. O'Neill |

18       IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

20 for October 14, 2011, **may be continued to October 28, 2011, at 9:00 a.m.**

21       The parties request this brief extension so that the defendant may have time to review the Pre-

22 Sentence Report prior to his anticipated fast-track guilty plea.  The requested continuance will conserve

23 time and resources for all parties and the Court.

24 ///

25 ///

26 ///

27 ///

28 ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein for further defense

3    preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

4

5                                                          BENJAMIN B. WAGNER
                                                           United States Attorney
6

7    DATED: October 13, 2011              By:     /s/ Ian Garriques
                                                   IAN GARRIQUES
8                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
9

10

11                                                         DANIEL J. BRODERICK
                                                           Federal Defender
12

13   DATED: October 13, 2011              By:     /s/ Jeremy S. Kroger
                                                   JEREMY S. KROGER
14                                                 Assistant Federal Defender
                                                   Attorney for Defendant
15                                                 Moises Carranza-Ambriz

16

17                                        **O R D E R**

18       **Request Granted.**  Time is excluded in the interests of justice pursuant to 18 U.S.C.

19   §§ 3161(h)(7)(A) and (B).

20

21   IT IS SO ORDERED.

22   **Dated:     October 13, 2011**                  **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

Carranza-Ambriz / Stipulation to Continue Status
Conference Hearing; Order Thereon                      2